UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

EDDIE DONAHOU AND LAVONNE DONAHOU						PLAINTIFFS

v.								CASE NO. 4:08-CV-4150 JMM

U.S. ARMY CORPS OF ENGINEERS,
DAVID MOORE AND
BOBBIE MOORE, TRUSTEES,
WILLIAM ABINGTON,
LARRY FINK AND MELINDA FINK						DEFENDANTS

**ORDER**

On this 12th day of January, 2009 is presented to the Court the Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted and Lack of Jurisdiction over the United States and Brief in Support thereof filed by the United States of America, U.S. Army Corps of Engineers (DE #4). The Court being advised that the parties are in agreement with the entry of this Order:

IT IS HEREBY ORDERED:

1.	Plaintiffs' action is hereby dismissed against the United States of America, U.S.Corps of Engineers.

2.	This case is remanded to the County Court of Pope County, Arkansas.

IT IS SO ORDERED.

DATED: January 12, 2009.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:


*/s/ Dan Stripling*
Dan Stripling
Assistant U. S. Attorney


*/s/ Roy Beth Kelley*
Roy Beth Kelley
Attorney for Plaintiffs